IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Criminal Action No.   08-cr-00284-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTINA SZELE,

      Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction,

and the defendant was remanded to the custody of the United States Marshal at sentencing, or

has self-surrendered to the designated facility, as confirmed by the United States Bureau of

Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial

matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall

hereby be released by the clerk of the court, or a designated deputy, to the surety or the

defendant.

      DATED at Denver, Colorado, this  7th day of May, 2009.

BY THE COURT:


By: s/John L. Kane
     UNITED STATES DISTRICT JUDGE
     DISTRICT OF COLORADO